Paul A. Tyrell (Bar No. 193798)
E-mail: paul.tyrell@procopio.com
Sean M. Sullivan (Bar No. 254372)
E-mail: sean.sullivan@procopio.com
Gerald P. Kennedy (Bar No. 105887)
E-mail: gerald.kennedy@procopio.com
PROCOPIO, CORY, HARGREAVES &
 SAVITCH LLP
525 B Street, Suite 2200
San Diego, CA 92101
Telephone: 619.238.1900
Facsimile: 619.235.0398

Attorneys for Plaintiff
Digital Map Products, Inc.

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| DIGITAL MAP PRODUCTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> GEOREPLICA CORPORATION, <br><br> Defendant. | Case No. 8:17-cv-00707-JVS (KESx) <br><br> **NOTICE OF SETTLEMENT** <br><br> Courtroom: 10C <br> Judge: Hon. James V. Selna |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to Local Rule 40-2, Plaintiff Digital Map Products, Inc. and Defendant GeoReplica Corporation (collectively, the "Parties"), have reached a settlement to fully resolve the above-entitled action.

DATED: June 21, 2018
PROCOPIO, CORY, HARGREAVES & SAVITCH LLP

By: */s/ Paul A. Tyrell*
Paul A. Tyrell
Sean M. Sullivan
Gerald P. Kennedy
Attorneys for Plaintiff
Digital Map Products, Inc.

DOCS 116580-000001/3335098.2

# **CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2018, I electronically filed the foregoing through this Court's electronic transmission facilities via the Notice of Electronic Filing (NEF) and hyperlink, to the parties and/or counsel who are determined this date to be registered CM/ECF Users set forth in the service list obtained from this Court on the Electronic Mail Notice List.

*/s/ Paul A. Tyrell*
Paul A. Tyrell