JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| DIGITAL MAP PRODUCTS, INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GEOREPLICA CORPORATION,<br><br>　　　　Defendant. | Case No. 8:17-cv-00707-JVS (KESx)<br><br>ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO STIPULATION<br><br>Dept:　Courtroom 10C<br>Judge:　Hon. James V. Selna |

　　　The Court having reviewed and considered the Stipulation for Dismissal of Action with Prejudice of Plaintiff Digital Map Products, Inc. and Defendant GeoReplica Corporation, by and through their respective counsel, and being fully advised in the premises and good cause shown,

　　　IT IS HEREBY ORDERED that the Stipulation is approved and this action shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own attorney's fees and costs.

DATED: June 22, 2018　　　　_____
　　　　　　　　　　　　　　　　Honorable James V. Selna

ORDER GRANTING DISMISSAL OF ACTION WITH PREJUDICE
Case No. 8:17-cv-00707-JVS (KESx)

United States District Judge